1  WRIGHT, FINLAY & ZAK, LLP
   Dana Jonathon Nitz, Esq.
2  Nevada Bar No. 0050
   Natalie C. Lehman, Esq.
3  Nevada Bar No. 12995
   Patrick J. Davis, Esq.
4  Nevada Bar No. 13330
5  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
6  (702) 475-7964; Fax: (702) 946-1345
7  pdavis@wrightlegal.net
   *Attorney for Defendants, Deutsche Bank Trust Company and Western Progressive-Nevada, Inc.*
8
                    **UNITED STATES DISTRICT COURT**
9                      **DISTRICT OF NEVADA**

10

11 | KK REAL ESTATE INVESTMENT FUND, | Case No.:   2:17-cv-01040-GMN-GWF
   | LLC., a Nevada limited liability company,
12
13 |            Plaintiff,
   |
14 |       vs.                              | **STIPULATION AND ORDER FOR**
   |                                        | **STAY AND EXTENDING DEADLINE**
15 | DEUTSCHE BANK TRUST COMPANY, form      | **FOR DEUTSCHE BANK TRUST**
   | and type of entity unknown; WESTERN    | **COMPANY TO RESPOND TO**
16 | PROGRESSIVE- NEVADA, INC., a Delaware  | **PLAINTIFF'S COMPLAINT**
17 | corporation registered with the Nevada |
   | Secretary of State; NEVADA ASSOCIATION | **(First Request)**
18 | SERVICES,
19 |            Defendants.
20

21        Defendant Deutsche Bank National Trust Company ("Deutsche Bank") and Plaintiff, KK

22 Real Estate Investment Fund, LLC ("Plaintiff), by and through their respective counsel of record,

23 stipulate and agree to stay all proceedings in this case for a period of 60 days from entry of an

24 order approving this stipulation ("the Stay"), in order to pursue potential settlement and final

25 resolution of the case.

26 ///

27 ///

28 ///

The parties further stipulate that, should the parties fail to settle this matter, Deutsche Bank shall have 5 judicial days from the end of the Stay to answer or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 25th day of April, 2017 | DATED this 25th day of April, 2017 |
| WRIGHT, FINLAY & ZAK, LLP | HONG & HONG |
| /s/Patrick J. Davis, Esq. | /s/Joseph Y. Hong, Esq. |
| Dana Jonathon Nitz, Esq. | Joseph Y. Hong, Esq. |
| Nevada Bar No. 0050 | 10781 W. Twain Ave. |
| Natalie C. Lehman, Esq. | Las Vegas, NV 89135 |
| Nevada Bar No. 12995 | *Attorneys for Plaintiff, KK Real Estate* |
| Patrick J. Davis, Esq. | *Investment Fund, LLC* |
| Nevada Bar No. 13330 | |
| 7785 W. Sahara Ave., Suite 200 | |
| Las Vegas, NV 89117 | |
| (702) 475-7964; Fax: (702) 946-1345 | |
| pdavis@wrightlegal.net | |
| *Attorney for Defendants, Deutsche Bank* | |
| *Trust Company and Western Progressive-* | |
| *Nevada, Inc.* | |

## ORDER

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE


Dated: _4/26/2017          _____