WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
Patrick J. Davis, Esq.
Nevada Bar No. 13330
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pdavis@wrightlegal.net
*Attorney for Defendants, Deutsche Bank Trust Company and Western Progressive-Nevada, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KK REAL ESTATE INVESTMENT FUND, LLC., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY, form and type of entity unknown; WESTERN PROGRESSIVE- NEVADA, INC., a Delaware corporation registered with the Nevada Secretary of State; NEVADA ASSOCIATION SERVICES,<br><br>Defendants. | Case No.: 2:17-cv-01040-GMN-GWF<br><br><br>**STIPULATION AND ORDER FOR STAY AND EXTENDING DEADLINE FOR DEUTSCHE BANK TRUST COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Defendant Deutsche Bank National Trust Company ("Deutsche Bank") and Plaintiff, KK Real Estate Investment Fund, LLC ("Plaintiff), by and through their respective counsel of record, stipulate and agree to stay all proceedings in this case for a period of 60 days from entry of an order approving this stipulation ("the Stay"), in order to pursue potential settlement and final resolution of the case.

///

///

///

The parties further stipulate that, should the parties fail to settle this matter, Deutsche Bank shall have 5 judicial days from the end of the Stay to answer or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

| DATED this 7th day of July, 2017 | DATED this 7th day of July, 2017 |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | AYON LAW |
| /s/ Patrick J. Davis, Esq. | /s/ Luis A. Ayon, Esq. |
| Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Natalie C. Lehman, Esq.<br>Nevada Bar No. 12995<br>Patrick J. Davis, Esq.<br>Nevada Bar No. 13330<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>pdavis@wrightlegal.net<br>*Attorney for Defendants, Deutsche Bank Trust Company and Western Progressive-Nevada, Inc.* | Luis A. Ayon, Esq.<br>Nevada Bar No. 9752<br>9205 W. Russell Road<br>Las Vegas, NV 89148<br>*Attorneys for Plaintiff, KK Real Estate Investment Fund, LLC* |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 10, 2017