LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
*E-Mail: laa@ayonlaw.com*

*Attorneys for Plaintiff,
KK Real Estate Investment Fund, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KK REAL ESTATE INVESTMENT FUND, LLC., a Nevada limited liability company;<br><br>Plaintiffs,<br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-QS2; WESTERN PROGRESSIVE NEVADA, INC., a Delaware corporation registered with the Nevada Secrertary of State; NEVADA ASSOCIATION SERVICES,<br><br>Defendants. | Case No.: 2:17-cv-01040-GMN-GWF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT DEUTSCHE BANK TRUST COMPANY AND WESTERN PROGRESSIVE-NEVADA, INC.'S MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff KK REAL ESTATE INVESTMENT FUND, LLC, a Nevada limited liability company (hereinafter "KK Real Estate") and Defendants, DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-QS2 ("Deutsche Bank"), and WESTERN PROGRESSIVE-NEVADA, INC., a Delaware corporation registered with the Nevada Secretary of State ("Western") (hereinafter KK Real Estate, Deutsche Bank Trust Company and Western

**AYON LAW, PLLC**
**9205 W. Russell Road,**
**Building 3, Suite 240**
**LAS VEGAS, NEVADA 89148**
**PHONE: (702) 600-3200**

1

AYON LAW, PLLC
9205 W. Russell Road,
Building 3, Suite 240
LAS VEGAS, NEVADA 89148
PHONE: (702) 600-3200

Progressive Nevada, Inc. shall be referred to collectively as the "Parties") through their respective counsel of record as follows:

WHEREAS, Deutsche Bank and Western filed and served KK Real Estate with its Motion to Dismiss on September 18, 2017.

WHEREAS, KK Real Estate's Opposition to the Motion is due to be filed and served on October 2, 2017.

WHEREAS, settlement discussions began in this case in August of 2017.

WHEREAS, Parties need more time to discuss potential settlement and/or respond to said pending motion.

WHEREAS, The Parties stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED between the Parties, by and through their undersigned attorneys, that KK Real Estate shall have up to and including October 16, 2017 to file its Opposition to the Motion.

IT IS HEREBY AGREED AND STIPULATED between the Parties, by and through their undersigned attorneys, that Deutsche and Western shall have up to and including October 21, 2017 to file its Reply in Support of its Motion to Dismiss.

This is the Parties first request for an extension of time to file the Opposition to the Motion, and is not intended to cause any delay or prejudice to any Party.

|  |  |
|---|---|
| DATED this 5th day of October, 2017. | Approved as to Form and Content:<br>DATED this 5th day of October, 2017. |
| **AYON LAW, PLLC** | **WRIGHT, FINLAY & ZAK, LLP** |
| _/s/ Luis A. Ayon_____<br>LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>9205 W. Russell Road<br>Building 3, Suite 240<br>Las Vegas, Nevada 89148 | _/s/Patrick J. Davis_____<br>PATRICK J. DAVIS, ESQ.<br>Nevada Bar No. 13330<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117 |

**ORDER**

Pursuant to the above Stipulation of the Parties, it is ORDERED that:

1. KK Real Estate shall have up to and including October 16, 2017 to file it Opposition to the Motion.

2. Deutsche and Western shall have up to and including October 21, 2017 to file its Reply in Support of the Motion to Dismiss.

DATED this __5__ day of ____October____, 2017.

_____
DISTRICT COURT JUDGE