WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorney for Defendants, Deutsche Bank Trust Company and Western Progressive-Nevada, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KK REAL ESTATE INVESTMENT FUND, LLC., a Nevada limited liability company, | Case No.: 2:17-cv-01040-GMN-GWF |
| Plaintiff, | **MOTION TO WITHDRAW PATRICK J. DAVIS, ESQ. AS ATTORNEY OF RECORD** |
| vs. | |
| DEUTSCHE BANK TRUST COMPANY, form and type of entity unknown; WESTERN PROGRESSIVE- NEVADA, INC., a Delaware corporation registered with the Nevada Secretary of State; NEVADA ASSOCIATION SERVICES, | |
| Defendants. | |

EDGAR C. SMITH, ESQ. of the law firm WRIGHT, FINLAY & ZAK, LLP, hereby requests that Patrick J. Davis, Esq. be withdrawn as counsel of record in the above-referenced matter. Patrick J. Davis, Esq. is no longer employed at WRIGHT, FINLAY & ZAK LLP as of February 16, 2018, and no longer represents Defendants, Deutsche Bank Trust Company and Western Progressive-Nevada, Inc.

The law firm of WRIGHT, FINLAY & ZAK, LLP, 7785 W. Sahara Ave., Suite 200, Las Vegas, Nevada 89117, will remain as counsel of record for Defendants, Deutsche Bank Trust Company and Western Progressive-Nevada, Inc. For the reason that Mr. Davis is no longer associated with the law firm of WRIGHT, FINLAY & ZAK, LLP, counsel asks that this motion

be granted and that Patrick J. Davis, Esq. be withdrawn as counsel of record and removed from the service list.

DATED this ____ day of February, 2018.

        WRIGHT, FINLAY & ZAK, LLP

        */s/Edgar C. Smith, Esq.*
        Edgar C. Smith, Esq.
        Nevada Bar No. 5506
        7785 W. Sahara Ave., Suite 200
        Las Vegas, NV 89117
        (702) 475-7964; Fax: (702) 946-1345
        esmith@wrightlegal.net
        *Attorney for Defendants,*
        *Deutsche Bank Trust Company and*
        *Western Progressive-Nevada, Inc.*

**ORDER**

IT IS HEREBY ORDERED that the Motion to Withdraw Patrick J. Davis, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED this 22nd day of February __, 2018.

        _____
        UNITED STATES MAGISTRATE JUDGE